UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ERICK ROCHA PARRA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　　Defendants. | CASE NO. 8:18-cv-00607AG (JDEx)<br><br>PROTECTIVE ORDER PURSUANT TO STIPULATION (Dkt. 26) |

　　　Having reviewed the Parties' Stipulated Protective Order (Dkt. 26), and good cause appearing therefor, the Court hereby grants and enters the Stipulated Protective Order (Dkt. 26) as an order of the Court.

DATED: February 05, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　United States Magistrate Judge